1  MELINDA HAAG (CSBN 132612)
United States Attorney
2
BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  KYLE F. WALDINGER (ILSB 6238304)
Assistant United States Attorney
5
450 Golden Gate Avenue, 11th Floor
6  San Francisco, California 94102
Telephone: (415) 436-6830
7  Facsimile: (415) 436-7234
E-mail: kyle.waldinger@usdoj.gov
8
Attorneys for Plaintiff
9

*FILED*

*AUG 1 7 2010*

*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

UNITED STATES DISTRICT COURT
10
NORTHERN DISTRICT OF CALIFORNIA
11
SAN FRANCISCO DIVISION
12
UNITED STATES OF AMERICA,        )      No. CR 3-10-70663 MAG
13                                 )
        Plaintiff,                 )
14                                 )      [PROPOSED] ORDER DOCUMENTING
        v.                         )      EXCLUSION OF TIME WITH RESPECT
15                                 )      TO THE DEFENDANT CHOUDHARY
   FAHIM CHOUDHARY,                )
16                                 )
        Defendant.                 )
17 _____ )

18      With the agreement of the parties in open court on August 4, 2010, and with the

19  consent of the defendant Fahim Choudhary ("defendant"), the Court enters this order

20  (1) setting a preliminary hearing on August 21, 2010, at 9:30 a.m., (2) and documenting

21  the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from August 4, 2010,

22  to August 25, 2010.  The Court finds and holds, as follows:

23      1.      The defendant Choudhary appeared before the Court on August 4, 2010 for

24  initial appearance, identification of counsel, and arraignment on a complaint.  Attorney

25  James T. Reilly entered an appearance on behalf of the defendant.  The defendant was

26  released on bond, and the Court set a date of August 25, 2010 for preliminary hearing or

27  arraignment on an indictment.  Counsel advised the Court on that date that the

28  government would be producing some discovery to the defendant.  Counsel for the

[PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
[CR 3-10-70663 MAG] [CHOUDHARY]

1   defendant needs time to review the discovery and to investigate the case.

2        2.      The Court finds that, taking into the account the public interest in the

3   prompt disposition of criminal cases, granting the continuance until August 25, 2010 is

4   necessary for effective preparation of defense counsel. See 18 U.S.C.

5   § 3161(h)(7)(B)(iv).  Given these circumstances, the Court finds that the ends of justice

6   served by excluding the period from August 4, 2010 to August 25, 2010 outweigh the best

7   interest of the public and the defendant in a speedy trial.  Id. § 3161(h)(7)(A).

8        3.      Accordingly, and with the consent of the defendant Fahim Choudhary, the

9   Court (1) sets a preliminary hearing on August 25, 2010, at 9:30 a.m., and (2) orders that

10  the period from August 4, 2010 to August 25, 2010 be excluded from Speedy Trial Act

11  calculations under 18 U.S.C. §§ 3161(h)(1)(D) and 3161(h)(7)(A) and (B)(iv).

12

13  IT IS SO ORDERED.

14  DATED: August $17$, 2010

        ELIZABETH D. LAPORTE /l/) 
15                                              United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DOCUMENTING EXCLUSION OF TIME
[CR 3-10-70663 MAG] [CHOUDHARY]        -2-